Argued March 27, affirmed March 27, petition for rehearing
denied April 25, petition for review
denied May 10, 1972

STATE OF OREGON, *Respondent, v.* GERTRUDE
HARVELL (No. 71 87C), *Appellant.*

494 P2d 900

*Ken C. Hadley,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*John W. Osburn,* Solicitor General, Salem, argued
the cause for respondent. With him on the brief was
Lee Johnson, Attorney General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and
THORNTON, Judges.